## Commonwealth ex rel. Payne, Appellant, *v.* Cavell.

Submitted October 6, 1958. Before JONES, C. J., BELL, MUSMANNO, JONES and COHEN, JJ.

*Evans Payne,* appellant, in propria persona.

*William P. Kelly,* Assistant District Attorney, and *David Wolf,* District Attorney, for appellee.

OPINION PER CURIAM, November 10, 1958:

The judgment of the court below dismissing the relator's petition for a writ of habeas corpus is affirmed.